UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERFRESH, INC., a corporation; and QUEBEC DISTRIBUTING CO., INC., a corporation<br><br>Plaintiffs,<br><br>v.<br><br>WASIL OBAID, individually and doing business as FRISCO WHOLESALE PRODUCE, also trading as FRISCO WHOLESALE; NEJI MEJRI, individually and doing business as FRISCO WHOLESALE PRODUCE, also trading as FRISCO WHOLESALE; SAMIR HASSINE, individually and doing business as FRISCO WHOLESALE PRODUCE, also trading as FRISCO WHOLESALE; and FRISCO WHOLESALE PRODUCE, also trading as FRISCO WHOLESALE, business form unknown,<br><br>Defendants. | Case No. 3:18-cv-05674-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR ENTRY OF ORDER APPROVING STIPULATION FOR ENTRY OF JUDGMENT, VACATING THE NOVEMBER 5, 2018 HEARING RE PRELIMINARY INJUNCTION, DISSOLVING TRO AND DISMISSING ACTION WITHOUT PREJUDICE** |

The Court has been notified by Plaintiffs INTERFRESH, INC.'s and QUEBEC DISTRIBUTING CO., INC.'s ("Plaintiffs") that Plaintiffs and

1

Defendants WASIL OBAID, individually and doing business as FRISCO WHOLESALE PRODUCE, also trading as FRISCO WHOLESALE ("Frisco"), NEJI MEJRI, individually and doing business as Frisco, and SAMIR HASSINE, individually and doing business as Frisco ("Defendants"), have reached a settlement of Plaintiffs' claims that are the subject of the above captioned action.

Further, the Court, having reviewed and considered Plaintiffs' Request for an Order approving the Settlement Agreement and Stipulation for Entry of Judgment entered into by and between Plaintiffs and Defendants, vacating the hearing currently set for November 5, 2018 regarding Plaintiffs' Application for Preliminary Injunction, dissolving the Temporary Restraining Order previously entered by this Court [Documents 18 and 30] ("TRO") and dismissing the above captioned action as to all Defendants, without prejudice, subject to reopening in the event of default to enter and enforce judgment thereon or to interpret or enforce said Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiffs' Request be and hereby is GRANTED.

IT IS FURTHER ORDERED that the Settlement Agreement and Stipulation for Entry of Judgment attached as Exhibit 1 to Plaintiffs' Request ("Settlement Agreement and Stipulation") is approved in its entirety.

IT IS FURTHER ORDERED that the Hearing on this Court's Order to Show Cause re preliminary injunction presently set for November 5, 2018 at 2:30 p.m. in Courtroom 5 of this Court is vacated.

IT IS FURTHER ORDERED that the Revised Temporary Restraining Order [Documents 18 and 30] is dissolved.

IT IS FURTHER ORDERED that the above captioned action be dismissed as to all Defendants, without prejudice, subject to reopening to enter and enforce judgment in the manner set forth in the Settlement Agreement and Stipulation or to otherwise interpret and/or enforce the terms of the Settlement Agreement and Stipulation.

2

IT IS FURTHER ORDERED that the U.S. District Court for the Northern District of California retains exclusive personal and subject matter jurisdiction over this matter to enter and enforce judgment in the manner set forth in the Settlement Agreement and Stipulation or to otherwise interpret and/or enforce the terms of the Settlement Agreement and Stipulation.

**IT IS SO ORDERED**.

DATED: _November 2, 2018_

_____

EDWARD M. CHEN
United States District Judge

3