UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERFRESH, INC., a corporation;  and QUEBEC DISTRIBUTING CO., INC., a corporation | CASE NO.   3:18-cv-05674-EMC |
| Plaintiffs, | [PROPOSED] JUDGMENT AGAINST DEFENDANTS |
| v. <br> WASIL OBAID, individually   and doing business as FRISCO WHOLESALE PRODUCE, also trading as FRISCO WHOLESALE, et al., | |
| Defendants. | |

Having read and considered  Plaintiffs' *Ex Parte* Application for Order Reopening Action and Entry of Judgment Against Defendants, and all supporting pleadings and exhibits submitted therewith and other pleadings and exhibits already on file with this court, and good cause appearing therefor,

1

JUDGMENT IS HEREBY ENTERED in favor of Plaintiffs INTERFRESH, INC. a corporation;  and QUEBEC DISTRIBUTING CO., INC., a corporation and against Defendants WASIL OBAID, individually and doing business as FRISCO WHOLESALE PRODUCE, also trading as FRISCO WHOLESALE; NEJI MEJRI, individually and doing business as FRISCO WHOLESALE PRODUCE, also trading as FRISCO WHOLESALE; and SAMIR HASSINE, individually and doing business as FRISCO WHOLESALE PRODUCE, jointly and severally, in the total amount of $126,989.46, itemized as follows , all of which qualifies for trust protection under the trust provision of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq.*]:

(i)     Principal in the amount of $89,972.25 (itemized as $32,294.20 to Interfresh, Inc. and $57,678.05 to Quebec Distributing Co., Inc.);

(ii)    Pre-judgment finance charges through and including June 28, 2019, in the cumulative amount of $20,362.47 (itemized as $8,350.85 to Interfresh, Inc. and $12,011.62 to Quebec Distributing Co., Inc.); and

(iii)   Attorney's fees and costs to Plaintiffs Interfresh, Inc. and Quebec Distributing Co., Inc. in the cumulative amount of $16,654.74.

Plaintiffs are further entitled to receive post-default interest at the rate of 18% per annum on all unpaid principal sums due under this judgment until fully paid.

The Clerk shall enter judgment forthwith.

DATED:  July 26, 2019

                    HON. EDWARD M. CHEN
                    U.S. DISTRICT COURT JUDGE

3